Ref: 19 -mc-00238–LGS

July 22, 2019

**Hon. Justice Schofield,**

1. Your honour had passed an order on May 30, 2019 directing the respondents American Express Company to produce documents as specified in the Subpoena *duces tecum*.
2. Subsequently, the Subpoena duly signed by the Clerk of the Court was served upon the respondents through their registered agents C.T. Corporation on June 14, and an affidavit of service was also filed with this court on June 24, 2019.
3. The last date for producing the documents was 10 July 2019 which is now past due. The applicant had sent a reminder to the Respondents on July 15, 2019 however; no response has been received so far.

The applicant respectfully seeks an order from this court compelling compliance with Subpoena issued to the Respondents American Express Company and any other action that this court may feel necessary.

Respectfully submitted,

Jyoti Lakhtakia